Decided November 16, 2000

STATE OF CONNECTICUT *v.* CHARLES HARRIS

The defendant's petition for certification for appeal from the Appellate Court, 60 Conn. App. 436 (AC 19882), is denied.

*Robert E. Byron,* special public defender, in support of the petition.

*Timothy J. Sugrue,* senior assistant state's attorney, in opposition.

Decided November 16, 2000